No. 1,671.— WETZSTEIN, RESPONDENT, *v.* BOSTON & MONTANA CONSOL. C. & S. MINING CO., APPELLANT.

*Appeal from District Court, Silver Bow County.*

Application of appellant for an order staying the injunction order appealed from and all proceedings thereunder pending appeal, and motion of respondent to dismiss the petition of the appellant. Decided April 25, 1901.

PER CURIAM.—It is ordered that the motion of the respondent be and the same is hereby granted and that the application of the appellant be and is hereby dismissed, upon the ground that the granting of the relief sought by the petition is not necessary or proper to the complete exercise of the appellate jurisdiction of the supreme court.

(MR. CHIEF JUSTICE BRANTLY dissents.)

*Messrs. Forbis & Evans,* for Appellant. *Messrs. McHatton & Cotter, Messrs. Toole & Bach, Mr. James M. Denny* and *Mr. Robert B. Smith,* for Respondent.